**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**JIMMIE L. ELLIS,**

    **Plaintiff,**

v.                                                  Case No. 10-cv-709

**SGT. PISCHKE, CAPTAIN RADTKE,**
**and CAPTAIN LIPINSKI,**

    **Defendants.**

---

## ORDER

On December 9, 2010, I dismissed this case because the complaint fails to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A. Before the court are plaintiff's third motion to amend the complaint and motion to appoint counsel since his case was dismissed. However, for the reasons set forth in the court's orders of December 9, 2010, February 7, 2011, and March 18, 2011, plaintiff's motions will be denied.

**IT IS THEREFORE ORDERED** that plaintiff's motion to amend complaint (Docket #28) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to appoint counsel (Docket #29) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 25th day of April, 2011.

                                                                  /s
                                                                  LYNN ADELMAN
                                                                  District Judge