# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JIMMIE L. ELLIS,

    Plaintiff,

v.                                             Case No. 10-CV-709

SGT. PISCHKE, CAPTAIN RADTKE,
and CAPTAIN LIPINSKI,

    Defendants.

## ORDER

On December 9, 2010, I dismissed this case because the complaint fails to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A. Before the court are plaintiff's fourth motion to amend the complaint and motion to appoint counsel since his case was dismissed. However, for the reasons set forth in the court's orders of December 9, 2010, February 7, 2011, and March 18, 2011, plaintiff's motions will be denied.

Plaintiff is advised that this case is closed and that he should stop filing motion in this case. Plaintiff is further advised that if he files an additional motion, it will be terminated without being addressed on the merits.

**IT IS THEREFORE ORDERED** that plaintiff's motion to amend/correct complaint (Docket #32) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to appoint counsel (Docket #33) is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk's office shall terminate any additional motion(s) plaintiff files in this case.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2011.

/s_____
LYNN ADELMAN
District Judge